# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY LEUNG <br><br> PLAINTIFF(S), <br><br> v. <br><br> FANDUEL, INC. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:15−cv−00835−JGB−JCx <br><br><br> **NOTICE OF REASSIGNMENT OF EASTERN DIVISION REMOVAL CASE** |

To:  All Counsel Appearing of Record and/or Pro Se Litigant(s)

    YOU ARE HEREBY NOTIFIED that, pursuant to the procedure adopted by the Court, the above−entitled case has been returned to the Clerk for random reassignment.

    Accordingly, this case has been randomly reassigned to the Honorable __Judge Fernando M. Olguin__, U.S. District Judge for all further proceedings.

    Please substitute the initials of the newly assigned Judge so that the new case number will read: __5:15−cv−00835−FMO−JCx__. This is very important because documents are routed by the judge's initials.

                                                        Clerk, U.S. District Court

__April 29, 2015__                                      By: __/s/ *Alison Cobian*__
Date                                                      Deputy Clerk