# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY LEUNG <br><br> PLAINTIFF(S) <br><br> v. <br><br> FANDUEL, INC. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:15–cv–00835–FMO–JC <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   04/28/2015            1           Notice of Removal

Date Filed        Doc. No.       Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

                                                Clerk, U.S. District Court

Dated: April 29, 2015                    By:  */s/ Alison Cobian*
                                                        Deputy Clerk