| Name, Address and Telephone Number of Attorney(s): |
|---|
| Mark A. Milstein, State Bar No. 155513<br>MILSTEIN ADELMAN, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, California 90405<br>Telephone: (310) 396-9600 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WESLEY LEUNG individually and on behalf of all others similarly situated,<br><br>v.<br>Plaintiff(s)<br><br>F ANDUEL, INC., a Delaware Corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>5: 15-cv-00835-FMO-JC<br><br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☑ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: May 28, 2015   /s/ Mark A. Milstein

Attorney for Plaintiff  WESLEY LEUNG

Dated: _____

Attorney for Plaintiff  _____

Dated: May 28, 2015   /s/ Katherine Robison

Attorney for Defendant  FANDUEL, INC.

Dated: _____

Attorney for Defendant  _____

NOTE: If additional signatures are required, attach an additional page to this request.

---

ADR-01 (01/12)          REQUEST: ADR PROCEDURE SELECTION          Page 1 of 1

**FILER'S ATTESTATION PURSUANT TO CIV.L.R. 5-4(2)(i)**

By his signature below and pursuant to Civil Local Rule 5-4(2)(i), counsel for Plaintiff Wesley Leung attests that counsel for Defendant, whose electronic signature appears above, has concurred in the filing of this Request: ADR Procedure Selection.

Dated: May 28, 2015                    **MILSTEIN ADELMAN, LLP**

*/s/ Mark A. Milstein*
Mark A. Milstein, State Bar No. 155513
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Fax: (310) 396-9635