Katherine Robison (SBN 221556)
kat@zwillgen.com
ZWILLGEN LAW, LLP
915-2 Battery Street, 2d Floor
San Francisco, CA 94111
Telephone: (415) 590-2340
Facsimile: (415) 445-0908

Attorneys for Defendant
FANDUEL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WESLEY LEUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FANDUEL, INC., a Delaware Corporation and FANDUEL, LTD.<br><br>Defendants. | Case No. 5:15-CV-00835-FMO-JCx<br><br>**DEFENDANT FANDUEL, LTD.'s JOINDER IN FANDUEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. Fernando Olguin |

**TO THE HONORABLE FERNANDO OLGUIN AND ALL OTHER PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

///

///

///

---

JOINDER IN MOTION TO COMPEL ARBITRATION          Case No. 5:15-CV-00835-FMO-JCx

PLEASE TAKE NOTICE that Defendant, FanDuel, Ltd., the parent company of Defendant FanDuel, Inc. (*see* Certification and Notice of Interested Parties, Document 8) hereby joins in the pending Motion to Compel Arbitration filed by FanDuel, Inc. with this Court on May 5, 2015 (Document 6).  That motion was filed in lieu of an answer, has been fully briefed (Documents 6, 26, 27) and is under submission with this Court (Document 28).  FanDuel, Ltd. hereby joins in the arguments enumerated by FanDuel, Inc. in its papers.

The Amended Class Action Complaint filed on August 17, 2015 adds no new allegations or claims, but simply adds FanDuel, Ltd. as a party to the action. (*Compare* Document 1-1 *with* Document 33.)  Defendants FanDuel, Inc. and FanDuel, Ltd. need not file a separate answer or additional response at this time, as their Motion to Compel Arbitration has been filed in lieu thereof.  *See, e.g., Green Tree Financial Corp-Alabama v. Randolph*, 531 U.S. 79 (2000) (reviewing motion to compel on appeal where "[i]n lieu of an answer, petitioners filed a motion to compel arbitration, to stay the action, or, in the alternative, to dismiss.").

**ZWILLGEN LAW LLP**

Dated:  August 28, 2015

By: */s/ Katherine M. Robison*
Katherine M. Robison (SBN 221556)
kat@zwillgen.com
ZWILLGEN LAW LLP
915-2 Battery Street, Suite 3
San Francisco, California 94111
Telephone:  (415) 590-2340
Facsimile:  (415) 445-0908

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I authorized the electronic filing of the foregoing documents, **DEFENDANT FANDUEL, LTD.'s JOINDER IN FANDUEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**, with the Clerk of the Court using the CM/ECF system to be served on the parties by electronic transmission.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 28, 2015.

**ZWILLGEN LAW LLP**

By: */s/ Katherine M. Robison*
Katherine M. Robison (SBN 221556)
ZWILLGEN LAW LLP
915-2 Battery Street, Suite 3
San Francisco, California 94111
Telephone:  (415) 590-2340
Facsimile:  (415) 445-0908
kat@zwillgen.com